ALEX G. TSE (CABN 152348)
United States Attorney

THOMAS MOORE (ALBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7017
    Facsimile: (415) 436-7009

Attorneys for United States of America

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. |
|     Plaintiff, | ) | |
| v. | ) | COMPLAINT |
| DARYL E. STEMM, DEANNA R. STEMM, and US BANK, NATIONAL ASSOCIATION, | ) | |
|     Defendants. | ) | |

Now comes the United States of America, by and through its undersigned counsel, and complains and alleges as follows:

**JURISDICTION AND VENUE**

1. This is a civil action brought by the United States to reduce to judgment outstanding federal tax assessments against defendant Daryl E. Stemm and to foreclose tax liens upon real property.

2. This action is commenced pursuant to Sections 7401, 7402 and 7403(a) of the Internal Revenue Code of 1986, at the direction of the Attorney General of the United States, with the authorization and sanction, and at the request of the Division Counsel of the Internal Revenue Service, a delegate of the Secretary of the Treasury.

3. Jurisdiction over this action is conferred upon this Court by Title 28, United States Code, Sections 1340 and 1345, and under Section 7402(a) of the Internal Revenue Code of 1986.

4.      Venue is proper in the Northern District of California because at the time the liabilities accrued, defendant taxpayer, Daryl E. Stemm resided within this judicial district and the subject real property is located within this judicial district.  28 U.S.C., Sections 1391 and 1396.

**IDENTIFICATION OF DEFENDANTS**

5.      Defendant Daryl E. Stemm resides at 8275 East Bell Road, Scottsdale, Arizona.

6.      Defendant Deanna R. Stemm is made a party pursuant to 26 U.S.C. §7403(b) in that she may claim an interest in the property described in paragraph 8.

7.      Defendant US Bank, National Association is made a party pursuant to 26 U.S.C. §7403(b) in that it may claim an interest in the property described in paragraph 8.

**IDENTIFICATION OF PROPERTY SOUGHT TO BE FORECLOSED**

8.      The property that is the subject of this suit is real property located at 4631 Sloan Street, Fremont, California.  The real property is described in the Recorder's Office of Alameda County as follows:

> LOT 150, BLOCK 8, AS SAID LOT AND BLOCK ARE SHOWN ON THE MAP OF "TRACT 2105, SUNDALE MANOR, UNIT NO. 11, CITY OF FREMONT, ALEMEDA COUNTY CALIFORNIA", FILED MAY 17, 1963, IN BOOK 46 OF MAPS, PAGES 52 TO 54, INCLUSIVE, IN THE OFFICE OF THE COUNTY RECORDER OF ALEAMEDA COUNTY.

A.P. # 501-0962-007

**REDUCE TRUST FUND RECOVERY PENALTY ASSESSMENTS TO JUDGMENT**

9.      During the periods set forth below, Daryl E. Stemm was responsible for collecting, truthfully accounting for and paying over to the United States taxes withheld from wages paid to employees of Home Director Technologies, Inc. or its successor corporation Home Director, Inc.

10.     On or about the dates set forth below, a delegate of the Secretary of the Treasury made assessments against Daryl E. Stemm of liabilities established by 26 U.S.C. § 6672 due to his willful failure to collect, truthfully account for and pay over to the United States taxes withheld from wages paid to the employees of Home Director Technologies, Inc. or its successor Home Director, Inc. as stated in Paragraph 11.

11.     Assessments against taxpayer Daryl E. Stemm for Trust Fund Recovery Penalties are set forth below:

| TAX PERIOD/ | DATE OF ASSESSMENT | BALANCE OF TAX INTEREST, FEES & PENALTIES AS OF 2/28/2018 | DATE & COUNTY OF LIEN FILING |
|---|---|---|---|
| 12/31/2003 | 9/29/2008 | $106,581.86 | 5/6/2009 Alameda |
| 3/31/2004 | 9/29/2008 | $61,543.20 | 5/6/2009 Alameda |
| 6/30/2004 | 9/29/2008 | $420,513.97 | 5/6/2009 Alameda |
| 12/31/2004 | 9/29/2008 | $491,208.87 | 5/6/2009 Alameda |
| 3/31/2005 | 9/29/2008 | $238,078.27 | 5/6/2009 Alameda |
| 3/31/2007 | 12/21/2009 | $40,322.99 | 11/2/2010 Alameda |
| 6/30/2007 | 12/21/2009 | $243,101.61 | 11/2/2010 Alameda |
| 9/30/2007 | 12/21/2009 | $56,087.78 | 11/2/2010 Alameda |
| 12/31/2007 | 12/21/2009 | $243,006.55 | 11/2/2010 Alameda |
| 3/31/2008 | 12/21/2009 | $168,315.75 | 11/2/2010 Alameda |

12. Despite timely notice and demand for payment of the assessments described in paragraph 11 above, defendant Daryl E. Stemm has neglected, failed, or refused to pay the assessments and there remains due and owing on said assessments, as of February 28, 2018, the sum of $2,068,760.85, plus accrued interest and penalties and other statutory additions as provided by law, minus any credits.

WHEREFORE, the plaintiff, United States of America, prays for the following relief:

1. That this Court determine and adjudge that Daryl E. Stemm is personally liable to the United States for the sum of $2,068,760.85, plus interest and statutory additions, as provided by law, that have accrued, and continue to accrue, since February 28, 2018 on the dates of the assessments described in paragraph 11; and that a judgment in that amount be entered against Daryl E. Stemm and in favor of the United States of America;

2. That this Court determine and adjudge that the United States has liens for unpaid federal taxes against defendant Daryl E. Stemm, and against the real property described in paragraph 8, which property is the subject of this suit, for the sum of $2,068,760.85, plus interest and statutory additions, as

1  provided by law, that have accrued, and continue to accrue, since February 28, 2018;

2      3.   That the tax liens of the United States be foreclosed, and that this Court order the sale of
3  the real property described in paragraph 8;

4      4.   That, if the amounts distributed to the United States pursuant to the sale of the real
5  property are insufficient to satisfy fully the above-described tax liabilities, the United States have
6  judgment for the deficiency against defendant Daryl E. Stemm;

7      5.   That the United States of America be granted its costs and attorneys' fees; and

8      6.   For such other and further relief as is just and proper.

Respectfully submitted,

ALEX G. TSE
United States Attorney


/s/ Thomas Moore
THOMAS MOORE
Assistant United States Attorney
Chief, Tax Division

US v. Daryl E. Stemm, et al.
Complaint                                      4

# CIVIL COVER SHEET

The JS-CAND 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved in its original form by the Judicial Conference of the United States in September 1974, is required for the Clerk of Court to initiate the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

**DEFENDANTS**

**(b)** County of Residence of First Listed Plaintiff
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

1  U.S. Government Plaintiff
2  U.S. Government Defendant
3  Federal Question *(U.S. Government Not a Party)*
4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | 1 | 1 | Incorporated *or* Principal Place of Business In This State | 4 | 4 |
| Citizen of Another State | 2 | 2 | Incorporated *and* Principal Place of Business In Another State | 5 | 5 |
| Citizen or Subject of a Foreign Country | 3 | 3 | Foreign Nation | 6 | 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | 625 Drug Related Seizure of Property 21 USC § 881 | 422 Appeal 28 USC § 158 | 375 False Claims Act |
| 120 Marine | 310 Airplane | 365 Personal Injury – Product Liability | 690 Other | 423 Withdrawal 28 USC § 157 | 376 Qui Tam (31 USC § 3729(a)) |
| 130 Miller Act | 315 Airplane Product Liability | | **LABOR** | **PROPERTY RIGHTS** | 400 State Reapportionment |
| 140 Negotiable Instrument | 320 Assault, Libel & Slander | 367 Health Care/ Pharmaceutical Personal Injury Product Liability | 710 Fair Labor Standards Act | 820 Copyrights | 410 Antitrust |
| 150 Recovery of Overpayment Of Veteran's Benefits | 330 Federal Employers' Liability | | 720 Labor/Management Relations | 830 Patent | 430 Banks and Banking |
| 151 Medicare Act | 340 Marine | 368 Asbestos Personal Injury Product Liability | 740 Railway Labor Act | 835 Patent─Abbreviated New Drug Application | 450 Commerce |
| 152 Recovery of Defaulted Student Loans (Excludes Veterans) | 345 Marine Product Liability | **PERSONAL PROPERTY** | 751 Family and Medical Leave Act | 840 Trademark | 460 Deportation |
| | 350 Motor Vehicle | 370 Other Fraud | 790 Other Labor Litigation | **SOCIAL SECURITY** | 470 Racketeer Influenced & Corrupt Organizations |
| 153 Recovery of Overpayment of Veteran's Benefits | 355 Motor Vehicle Product Liability | 371 Truth in Lending | 791 Employee Retirement Income Security Act | 861 HIA (1395ff) | 480 Consumer Credit |
| | 360 Other Personal Injury | 380 Other Personal Property Damage | | 862 Black Lung (923) | 490 Cable/Sat TV |
| 160 Stockholders' Suits | 362 Personal Injury -Medical Malpractice | 385 Property Damage Product Liability | | 863 DIWC/DIWW (405(g)) | 850 Securities/Commodities/ Exchange |
| 190 Other Contract | | | | 864 SSID Title XVI | 890 Other Statutory Actions |
| 195 Contract Product Liability | **CIVIL RIGHTS** | **PRISONER PETITIONS** | **IMMIGRATION** | 865 RSI (405(g)) | 891 Agricultural Acts |
| 196 Franchise | 440 Other Civil Rights | **HABEAS CORPUS** | 462 Naturalization Application | **FEDERAL TAX SUITS** | 893 Environmental Matters |
| **REAL PROPERTY** | 441 Voting | 463 Alien Detainee | 465 Other Immigration Actions | 870 Taxes (U.S. Plaintiff or Defendant) | 895 Freedom of Information Act |
| 210 Land Condemnation | 442 Employment | 510 Motions to Vacate Sentence | | 871 IRS–Third Party 26 USC § 7609 | 896 Arbitration |
| 220 Foreclosure | 443 Housing/ Accommodations | 530 General | | | 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| 230 Rent Lease & Ejectment | 445 Amer. w/Disabilities– Employment | 535 Death Penalty | | | |
| 240 Torts to Land | | **OTHER** | | | 950 Constitutionality of State Statutes |
| 245 Tort Product Liability | 446 Amer. w/Disabilities–Other | 540 Mandamus & Other | | | |
| 290 All Other Real Property | 448 Education | 550 Civil Rights | | | |
| | | 555 Prison Condition | | | |
| | | 560 Civil Detainee– Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

1  Original Proceeding
2  Removed from State Court
3  Remanded from Appellate Court
4  Reinstated or Reopened
5  Transferred from Another District *(specify)*
6  Multidistrict Litigation–Transfer
8  Multidistrict Litigation–Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:

CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, Fed. R. Civ. P.

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:**   Yes   No

## VIII. RELATED CASE(S), IF ANY *(See instructions)*:

JUDGE

DOCKET NUMBER

## IX. DIVISIONAL ASSIGNMENT (Civil Local Rule 3-2)
*(Place an "X" in One Box Only)*

**SAN FRANCISCO/OAKLAND**    **SAN JOSE**    **EUREKA-MCKINLEYVILLE**

**DATE**

**SIGNATURE OF ATTORNEY OF RECORD**

## INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS-CAND 44

**Authority For Civil Cover Sheet.** The JS-CAND 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved in its original form by the Judicial Conference of the United States in September 1974, is required for the Clerk of Court to initiate the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

I. a) **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

   b) **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

   c) **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)."

II. **Jurisdiction.** The basis of jurisdiction is set forth under Federal Rule of Civil Procedure 8(a), which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.

   (1) <u>United States plaintiff</u>. Jurisdiction based on 28 USC §§ 1345 and 1348. Suits by agencies and officers of the United States are included here.

   (2) <u>United States defendant</u>. When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.

   (3) <u>Federal question</u>. This refers to suits under 28 USC § 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.

   (4) <u>Diversity of citizenship</u>. This refers to suits under 28 USC § 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; **NOTE: federal question actions take precedence over diversity cases.**)

III. **Residence (citizenship) of Principal Parties.** This section of the JS-CAND 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

IV. **Nature of Suit.** Place an "X" in the appropriate box. If the nature of suit cannot be determined, be sure the cause of action, in Section VI below, is sufficient to enable the deputy clerk or the statistical clerk(s) in the Administrative Office to determine the nature of suit. If the cause fits more than one nature of suit, select the most definitive.

V. **Origin.** Place an "X" in one of the six boxes.

   (1) <u>Original Proceedings</u>. Cases originating in the United States district courts.

   (2) <u>Removed from State Court</u>. Proceedings initiated in state courts may be removed to the district courts under Title 28 USC § 1441. When the petition for removal is granted, check this box.

   (3) <u>Remanded from Appellate Court</u>. Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.

   (4) <u>Reinstated or Reopened</u>. Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.

   (5) <u>Transferred from Another District</u>. For cases transferred under Title 28 USC § 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.

   (6) <u>Multidistrict Litigation Transfer</u>. Check this box when a multidistrict case is transferred into the district under authority of Title 28 USC § 1407. When this box is checked, do not check (5) above.

   (8) <u>Multidistrict Litigation Direct File</u>. Check this box when a multidistrict litigation case is filed in the same district as the Master MDL docket.

   Please note that there is no Origin Code 7. Origin Code 7 was used for historical records and is no longer relevant due to changes in statute.

VI. **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** <u>Example</u>: U.S. Civil Statute: 47 USC § 553. <u>Brief Description</u>: Unauthorized reception of cable service.

VII. **Requested in Complaint.** <u>Class Action</u>. Place an "X" in this box if you are filing a class action under Federal Rule of Civil Procedure 23.

   <u>Demand</u>. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.

   <u>Jury Demand</u>. Check the appropriate box to indicate whether or not a jury is being demanded.

VIII. **Related Cases.** This section of the JS-CAND 44 is used to identify related pending cases, if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

IX. **Divisional Assignment.** If the Nature of Suit is under Property Rights or Prisoner Petitions or the matter is a Securities Class Action, leave this section blank. For all other cases, identify the divisional venue according to Civil Local Rule 3-2: "the county in which a substantial part of the events or omissions which give rise to the claim occurred or in which a substantial part of the property that is the subject of the action is situated."

**Date and Attorney Signature.** Date and sign the civil cover sheet.