UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>DARYL E. STEMM, et al.,<br><br>　　　Defendants. | CASE NO. 4:18-cv-05147-HSG<br><br>ORDER GRANTING ADMINISTRATIVE MOTION TO STAY THIS MATTER AND CONTINUE THE SETTLEMENT CONFERENCE |

On January 9, 2019, in light of the lapse of federal appropriations to the Department of Justice, the United States moved this Court for an order staying this matter. Good cause appearing, United States' motion is hereby GRANTED. This matter is stayed until a date after the shutdown of the federal government has ended and relevant appropriations to the Department of Justice have been restored. The parties shall and are hereby ORDERED to confer once appropriations have been restored regarding a new date for the settlement conference, and to submit to the Court via stipulation the earliest post-shutdown date that is amenable to both parties.

**IT IS SO ORDERED.**

DATED: January 15, 2019

HAYWOOD S. GILLIAM, JR.
United States District Judge