DAVID L. ANDERSON (CABN 149604)
United States Attorney

THOMAS MOORE (ALBN 4305-O78T)
Assistant United States Attorney

    450 Golden Gate Ave., Box 36055
    San Francisco, CA 94102
    Telephone: (415) 436-7017
    Facsimile: (415) 436-7009

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DARYL E. STEMM, et al.,<br><br>    Defendants. | Case No. 4:18-cv-05147-HSG<br><br>STIPULATION TO SCHEDULE A SETTLEMENT CONFERENCE |

Pursuant to the Court's order on January 15, 2019, ordering the parties to submit a stipulation regarding a new date for the settlement conference after the shutdown of the federal government ended, the parties stipulate as follows:

1. The stay on this matter shall be lifted;
2. The settlement conference be scheduled for June 25, 2019 at 9:30 a.m.; and
3. The discovery cutoff, originally set for June 21, 2019, shall now be continued to August 9, 2019.

///

///

///

///

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

Dated: March 28, 2019

*/s/*_____
THOMAS MOORE
Assistant United States Attorney
Attorneys for the United States of America

Dated: March 28, 2019

*/s/*_____
ELIZABETH BERKE-DREYFUSS
Wendel, Rosen, Black & Dean LLP
Attorney for Defendant Daryl E. Stemm

Dated: March 28, 2019

*/s/*_____
JEFFREY B. KAHN
Law Offices of Jeffrey B. Kahn
Attorney for Defendant Deanna R. Stemm

Dated: March 28, 2019

*/s/ Erin J. Illman*_____
ERIN JANE ILLMAN
Bradley Arant Boult Cummings LLP

PURSUANT TO STIPULATION IT IS ORDERED

Dated: _____4/1/2019_____         _____
                                     Hon. HAYWOOD S. GILLIAM, JR.
                                     United States District Judge