DAVID L. ANDRSON (CABN 149604)
United States Attorney

SARA WINSLOW (DCBN 457643)
Chief, Civil Division

THOMAS MOORE (ALBN 4305O78T)
Assistant United States Attorney
 11th Floor Federal Building
 450 Golden Gate Avenue, Box 36055
 San Francisco, California 94102
 Telephone: (415) 436-7017
 Fax: (415) 436-7009

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DARYL E. STEMM, et al.,<br><br>　　　　Defendants. | Case No. 4:18-cv-05147-HSG<br><br>**STIPULATION FOR ENTRY OF JUDGMENT AGAINST DARYL E. STEMM & ORDER** |

Pursuant to the terms of that certain settlement agreement dated August __, 2019 ("Settlement Agreement"), the United States of America, by its undersigned counsel, and Daryl E. Stemm, stipulate and agree:

　　A.　That judgment be entered against him for trust fund recovery penalties for the following tax periods and amounts, plus statutory interest from July 31, 2019, until paid.

　　　　1.　Tax period ending December 31, 2003, for $15,556.95.

　　　　2.　Tax period ending March 31, 2004, for $51,056.85.

　　　　3.　Tax period ending June 30, 2004, for $455,160.45.

　　　　4.　Tax period ending December 31, 2004, for $531,697.95.

　　　　5.　Tax period ending March 31, 2005, for $257,693.72.

| | | |
|---|---|---|
| 1 | 6. | Tax period ending March 31, 2007, for $43,645.24. |
| 2 | 7. | Tax period ending June 30, 2007, for $263,130.96. |
| 3 | 8. | Tax period ending September 30, 2007, for $60,708.91. |
| 4 | 9. | Tax period ending December 31, 2007, in the amount of $263,028.05, |
| 5 | 10. | Tax period ending March 31, 2008, for $182,183.42. |

B. The satisfaction and enforcement of the judgment shall be governed by the terms and conditions of the Settlement Agreement.

DATED: August 26, 2019

DAVID L. ANDERSON
United States Attorney

/s/ THOMAS MOORE

THOMAS MOORE
Assistant United States Attorneys
Attorneys for the United State of America

DATED: Ausgust 20, 2019

/s/ Daryl Stemm
DEFENDANT DARYL E. STEMM

APPROVED AS TO FORM:

/s/ Elizabeth Berke-Dreyfuss
ELIZABETH BERKE-DREYFUSS
Wendel Rosen LLP
Attorneys for Defendant Daryl E. Stemm

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 8/27/2019

/s/ Haywood S. Gilliam Jr.
HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE