023019.0001\5556137.3

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>DARYL E. STEMM, et al.,<br><br>  Defendants. | Case No.<br><br>4:18-cv-05147-HSG<br><br>**JUDGMENT** |

Pursuant to the provisions of the Stipulation for Judgment filed herein, Judgment is awarded against Daryl E. Stemm and in favor of the United States for Trust Fund Recovery Penalties (Section 6672), plus statutory interest, from August 30, 2019, until paid, as set forth below:

1. Tax period ending December 31, 2003, for $15,556.95.
2. Tax period ending March 31, 2004, for $51,056.85.
3. Tax period ending June 30, 2004, for $455,160.46.
4. Tax period ending December 31, 2004, for $531,679.95.
5. Tax period ending March 31, 2005, for $257,693.72.
6. Tax period ending March 31, 2007, for $43,645.24.
7. Tax period ending June 30, 2007, for $263,130.96.

8. Tax period ending September 30, 2007, for $60,708.91.

9. Tax period ending December 31, 2007, for $263,028.05.

10. Tax period ending March 31, 2008, for $182,183.42.

Dated: 8/27/2019

HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE