DAVID L. ANDERSON (CABN 149604)
United States Attorney

SARA WINSLOW (DCNB 457643)
Chief, Civil Division

THOMAS MOORE (ALBN 4305-O78T)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-7017

Attorneys for United States of America

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 4:18-cv-05147-HSG |
| Plaintiff, | STIPULATION TO DISMISS DEANNA STEMM FROM THIS SUIT, WITHOUT PREJUDICE, AND ORDER |
| v. | |
| DEANNA STEMM, | |
| Defendant. | |

It is hereby stipulated by and between the United States of America and Deanna Stemm, through their respective counsel, that this matter be dismissed without prejudice, each side to bear its own costs and attorney's fees.

                                       Respectfully Submitted,

                                       DAVID L. ANDERSON
                                       United States Attorney

/s/                                   /s/
JEFFREY B. KAHN                   THOMAS MOORE
Law Offices of Jeffrey B. Kahn       Assistant United States Attorney
Attorney for Deanna R. Stemm      Attorneys for the United States of America

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: 11/15/2019

                                       HONORABLE HAYWOOD S. GILLIAM, JR.
                                       United States District Judge