1  DAVID L. ANDERSON (CABN 149604)
United States Attorney
2
3  SARA WINSLOW (DCNB 457643)
Chief, Civil Division
4
THOMAS MOORE (ALBN 4305-O78T)
5  Assistant United States Attorney

6    450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102-3495
7    Telephone: (415) 436-7017

8  Attorneys for United States of America

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                         OAKLAND DIVISION

12  UNITED STATES OF AMERICA,           )  Case No. 4:18-cv-05147-HSG
                                        )
13                                      )  STIPULATION TO DISMISS US BANK, N.A.,
         Plaintiff,                     )  FROM THIS SUIT, WITHOUT PREJUDICE,
14                                      )  AND ORDER
     v.                                 )
15                                      )
    US BANK . N.A.,                     )
16                                      )
         Defendant.                     )
17

18      It is hereby stipulated by and between the United States of America and US Bank, N.A., through

19 their respective counsel, that this matter be dismissed without prejudice, each side to bear its own costs

20 and attorney's fees.

21                                        Respectfully Submitted,

22                                        DAVID L. ANDERSON
                                          United States Attorney
23

24  ___/s/_____        ___/s/_____
    ERIN JANE ILLMAN                  THOMAS MOORE
25  Bradley Arant Boult Cummings, LLP  Assistant United States Attorney
    Attorney for US Bank, N.A.        Attorneys for the United States of America
26

27

28

Stipulation To Dismiss US Bank
4:18-cv-05147-HSG                          1

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: 11/19/2019

_____
HONORABLE HAYWOOD S. GILLIAM, JR.
United States District Judge